GASPAR ESPADA, demandante y apelante, *v.* SUCESIÓN DE. ANTONIO TORRES COLÓN, demandada y apelada.

Núm. 7313.—*Sometido:* Mayo 4, 1936. *Resuelto:* Julio 30, 1936.

*José F. Fernández Segarra,* abogado del apelante; *Manuel A. Rivera,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Gaspar Espada solicitó el derecho de hogar seguro de la Sucesión de Antonio Torres. Su reclamación fué presentada en la Corte Municipal de Coamo y decidida en su contra. En apelación para ante la Corte de Distrito de Ponce, al ser llamado el caso, el demandante no compareció y, podría decirse, se dictó una sentencia por abandono contra él, de conformidad con las disposiciones de la sección 3 de la ley de marzo 11, 1908, para "reglamentar las apelaciones contra sentencias de las cortes municipales en pleitos civiles" (Leyes de ese año, pág. 124).

La sentencia por abandono fué dictada el 21 de enero de 1936. El demandante radicó una moción de reconsideración que fué declarada sin lugar, el 13 de abril del mismo año. Se apeló tanto de la sentencia como de la orden declarando sin lugar la moción para reconsiderar.

La apelada solicita la desestimación del recurso fundándose, primero, en que la sentencia era firme e inapelable. El apelante replica que nunca se archivó en la corte de distrito la notificación de la sentencia. Examinando los au-

tos no hallamos nada en contrario a la contención del apelante, y el apelado no nos ha llamado la atención hacia nada. Por tanto, el recurso no puede ser desestimado por este motivo.

El segundo motivo de la moción para desestimar es que el recurso es frívolo, pero no estando la corte convencida de esto, *la moción debe ser declarada sin lugar.*

El Juez Asociado Señor Córdova Dávila no intervino.